## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

**PNC BANK, NATIONAL**
**ASSOCIATION, as Successor by Merger**
**to RBC Bank (USA), as successor by**
**Merger to Florida Choice Bank**

 **Plaintiff,**

v.                     **Case No: 5:15-cv-498-Oc-28PRL**

**GOOD EARTH, LLC, TREE FROG,**
**LLC and JAMES A. FOWLER**

 **Defendants.**

## ORDER

Before the Court is Plaintiff's motion to extend time to complete service and issue an alias summons.  (Doc. 21).

Plaintiff filed its first motion to extend time to complete service after making over fifteen different attempts to serve Defendant James Fowler at his residence.  (Doc. 15).  The Court granted that motion but stated that no other extensions would be granted absent extraordinary good cause.  (Doc. 16).

During the thirty-day extension, Plaintiff's service processor was finally successful in serving someone, but, according to Plaintiff, that service was insufficient under the federal rules. Thus, Plaintiff requests another thirty-day extension.  Given Plaintiff's repeated attempts over the last four months, the Court will GRANT this last extension.  Plaintiff shall serve Defendant on or before **November 22, 2015**.

- 2 -

**DONE** and **ORDERED** in Ocala, Florida on October 21, 2015.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties